RAYMOND GORECKI, PLAINTIFF-APPELLANT, v. UNITED EXCAVATING CO., DEFENDANT-RESPONDENT.

Argued April 23, 1973—Decided May 7, 1973.

*Mr. Edward J. Seaman* argued the cause for plaintiff-appellant, (*Messrs. Seaman, Williams & Seaman,* attorneys; *Mr. Edward J. Seaman,* of counsel and on the brief.

*Mr. Thomas H. Green* argued the cause for defendant-respondent.

PER CURIAM. The Appellate Division denied workmen's compensation on a finding that the petitioner was an independent contractor. This case is not materially different from *Caicco v. Toto Brothers, Inc.,* 62 *N. J.* 305 (1973), and for the reasons there given, the judgment of the Appellate Division is reversed.

*For reversal*—Chief Justice WEINTRAUB, Justices JACOBS, PROCTOR, MOUNTAIN and SULLIVAN, and Judges LEWIS and COLLESTER—7.

*For affirmance*—None.